IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | CV 13-00486 SOM-KSC |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| TROY LYNDON; RONALD ZAUCHA , | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on April 08, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Order Granting Defendant Ronald Zaucha's Motion to Set Aside Entry of Default; Findings and Recommendations to Deny Plaintiff's Motion for Entry of Default Judgment Against Ronald Zaucha" are adopted as the opinion and order of this Court.

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, May 1, 2014.



   /s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Securities and Exchange Commission v. Lyndon, et al.; Civ. 13-00486 SOM/KSC
Order Adopting Magistrate Judge's Findings and Recommendation