IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | CASE NO. 13-00486 SOM-KSC |
| Plaintiff, | ) ) | ORDER DENYING LYNDON'S SECOND REQUEST FOR JUDGE MOLLWAY TO PROVIDE CLARIFICATION TO ORDER AND REQUEST SHE DENY SEC MOTIONS; ORDER CERTIFYING AS FINAL JUDGMENT SETTING AMOUNTS |
| vs. | ) ) ) | |
| TROY LYNDON AND RONALD ZAUCHA, | ) ) ) ) | |
| Defendants. | ) ) | |

ORDER DENYING LYNDON'S SECOND REQUEST
FOR JUDGE MOLLWAY TO PROVIDE CLARIFICATION TO
ORDER AND REQUEST SHE DENY SEC MOTIONS;
<u>ORDER CERTIFYING AS FINAL JUDGMENT SETTING AMOUNTS</u>

Defendant Troy Lyndon has filed a Second Request for Judge Mollway To Provide Clarification To Order and Request She Deny SEC Motions. These requests are denied. They are based on the proposition that Lyndon did not violate securities laws. That proposition has been addressed by this court more than once.

Judgment will be entered setting forth the disgorgement, interest, and civil penalty amounts assessed against Lyndon. This new judgment flows from the Consent of Defendant Troy Lyndon To Entry of Judgment or Permanent Injunction and Other Relief, entered on October 30, 2013, and from the Judgment of Permanent Injunction and Other Relief Against Defendant Troy R. Lyndon, entered on November 1, 2013. That earlier Judgment, together with the Consent, contemplated a subsequent ruling regarding disgorgement, interest, and civil

penalty amounts.  The earlier Judgment was entered pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.  See ECF No. 22, PageID# 115.  The court, having issued its ruling as to disgorgement, interest, and civil penalty amounts, will enter a new Judgment regarding those amounts.  Because (1) the new Judgment is clearly a consequence of the earlier Consent and the earlier Judgment, (2) the earlier Judgment was certified as final under Rule 54(b), and (3) there is no just reason for delay with respect to the new Judgment, this court similarly certifies the new Judgment as final pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 21, 2014.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Security and Exchange Commission v. Troy Lyndon, et al., CASE NO. 13-00486 SOM-KSC, ORDER DENYING LYNDON'S SECOND REQUEST FOR JUDGE MOLLWAY TO PROVIDE CLARIFICATION TO ORDER AND REQUEST SHE DENY SEC MOTIONS; ORDER CERTIFYING AS FINAL JUDGMENT SETTING AMOUNTS